UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                    CASE NO. 05-50123-PCY5
                                          CHAPTER 13
GEORGE ROBERT EARNEST

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: GREAT SENECA/CITIBANK CARD/CC which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 376099 in the amount of 552.75 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| GEORGE ROBERT EARNEST<br>2565 SAPP ROAD, LOT D<br>COTTONDALE, FL 32431 | GREAT SENECA/CITIBANK CARD/CC<br>C/O WOLPOFF & ABRAMSON, L.L.P.<br>702 KING FARM BLVD.<br>ROCKVILLE, MD 20850-5775 |

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

8/31/2009  1:26 pm / CR_213