UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

GEORGE ROBERT EARNEST,

Case No. 05-50123

Debtor(s)   /

## ORDER DENYING APPLICATION FOR PAYMENT OF FUNDS

THIS MATTER came before the Court on the Application for the Recovery of Unclaimed Funds filed by Dilks & Knopik, LLC, as Attorney-in-Fact for Mann Bracken, LLP as successor by merger to Wolpoff & Abramson, LLP. Applicant is requesting the funds held in the court registry on behalf of Great Seneca/Citibank Card/CC be disbursed to Mann Bracken, LLP as they are the collection agent for Great Seneca. Upon review of the documentation by the applicant, no evidence was provided to support that the claim has been transferred to the entity that filed the application for payment. Therefore, it is

ORDERED and ADJUDGED that the Application for Recovery of Unclaimed Funds is DENIED.

DONE and ORDERED at Tallahassee, Florida, this 15th day of Feb., 2013.

KAREN K. SPECIE
Bankruptcy Judge

copies to:

Dilks & Knopik, LLC, Attorney in Fact for Mann Bracken, LLP

2013 FEB 19  P 1:42   FILED